BYRON AMES, Respondent, *v.* JOHN B. PAYNE, Director-General and Agent under Section 206 of the Transportation Act of 1920, Appellant.

*Appeal — order of Appellate Division reversing judgment entered upon verdict and granting new trial — appeal therefrom dismissed.*

*Ames* v. *Payne*, 199 App. Div. 944, appeal dismissed.

(Argued March 1, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1922, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have

been sustained by plaintiff through the negligence of defendant, his employer.

*Alexander S. Diven* for appellant.

*Mortimer L. Sullivan* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.